NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**GERALD ALLEN PERRY,**

*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**

*Defendant-Appellee.*

---

2013-5120

---

Appeal from the United States Court of Federal Claims in No. 13-CV-0332, Judge Lynn J. Bush.

---

**ON MOTION**

---

**O R D E R**

Gerald Allen Perry moves without opposition for an extension of time of 20 days to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT

(1)  Perry's motion is granted.

PERRY v. US                                                    2

(2) The United States should calculate its brief due date from the date of filing of this order.


FOR THE COURT


/s/ Daniel E. O'Toole
    Daniel E. O'Toole
    Clerk of Court

s24